To: Honorable Mary Pat Thynge
U.S. District Court
844 N. King St., Lockbox #18
Wilmington, DE 19801

From: Martinez Torres
SCCF - 125 Cemetery Rd.
Woodstown, N.J. 08098

FILED

JUN 20 2006

MARY PAT THYNGE
U.S. MAGISTRATE JUDGE

Dear Judge Thynge,

I would first like to apologize to you for taking your time to read this letter, as I know that your time is very valuable and is limited as to how much effort you can devote to the many inquiries that you must receive from people like myself.

I feel, however, that given my feelings and concerns that I must write this letter.

I have been assigned Ms. Abel Velez as my public defender, but as to this point I am not convinced that my best interests are being taken and I have developed serious concerns.

After careful consideration and thought I see no other alternative but to respectfully request that you assign Ms. Penny Marshall to represent me in this matter.

Again I apologize for your time and I thank you in advance for your time in regards to this matter.

Respectfully,
Salvador Martinez Torres

MARTINEZ S. TORRES



UNITED STATES POSTAGE

PITNEY BOWES

02 1A     JUN 15 2006
$ 00.39⁰
0014397284    MAILED FROM ZIPCODE 08079

U.S.M.S.

Honorable Mary Pat Thynge
, United States District
Court
844 N. King Street
Wilmington Delaware 19801

Equador Martinez Torres
S, C, C, F, I
125 cementery Rd
woodstown NJ 08098

Salem County Correctional Facility
This Address Is A County Institution
The Addressor Is An Inmate
Salem County Is Not Responsible
For Debts Incurred By This Inmate